Case 2:19-cv-01268-R-E

Wilmer J. Harris, SBN 150407
wharris@sshhlaw.com
Stephanie T. Yu, SBN 294405
syu@sshhlaw.com
SCHONBRUN SEPLOW
HARRIS & HOFFMAN LLP
715 Fremont Ave., Suite A
South Pasadena, CA. 91030
Telephone No.: (626) 441-4129
Facsimile No.: (626) 283-5770

Surisa Rivers, SBN 250868
surisa@riverslawinc.com
Sarah Gross, SBN 292170
sarah@riverslawinc.com
RIVERS LAW, INC., APC
2600 Foothill Blvd. Suite 203
La Crescenta, CA 91214
Phone: (818) 330-7012
Fax: (213) 402-6077

*Attorneys for Plaintiff J.G.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.G., a minor by and through his Guardians ad Litem, JOSE G. and MARTHA F., <br><br> Plaintiffs, <br><br> vs. <br><br> LOS ANGELES UNIFIED SCHOOL DISTRICT, a public entity, and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.: 2:19-CV-1268-R-E <br><br> [~~proposed~~] Order Granting Application to File Under Seal: <br><br> 1. Ex Parte Application for Appointment of Guardian Ad Litem; Memorandum of Points and Authorities in Support Thereof; Declaration in Support Thereof; and <br><br> 2. [proposed] Order Granting Application for Guardian Ad Litem. |

FEB 2[?] 2019
CENTRAL DISTRICT OF CAL[IFORNIA]

Case 2:19-cv-01268-R-E

The Court having considered Plaintiff's ex parte application to file petition for guardian ad litem under seal, and good cause appearing, the Court GRANTS Plaintiff's application and orders as follows:

Plaintiff's Ex Parte Application for Appointment of Guardians Ad Litem; Memorandum of Points and Authorities in Support Thereof; Declaration in Support Thereof and the related [proposed] Order granting the motion are to be filed under seal.

IT IS SO ORDERED.

Dated: 2/28/19

_____
UNITED STATES MAGISTRATE JUDGE

1

[PROPOSED] ORDER GRANTING MOTION TO SEAL APPLICATION FOR GUARDIAN AD LITEM