JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.G., a minor by and through his Guardians ad Litem, Jose G. and Martha F., <br><br> Plaintiff, <br><br> vs. <br><br> Los Angeles Unified School District, <br><br> Defendant. | Case No. 2:19-cv-01268-JGB-E <br><br> *Honorable Jesus G. Bernal* <br><br> **JUDGMENT** |

## JUDGMENT

Pursuant to the "Findings of Fact and Conclusions of Law" entered substantially contemporaneously, **IT IS HEREBY ORDERED:**

1. Final judgment be **ENTERED** in favor of Plaintiff.
2. The Clerk of the Court is **DIRECTED** to close this case.

**IT IS SO ORDERED.**

Dated: February 21, 2023

_____
Honorable Jesus G. Bernal
United States District Judge